IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES MOZEE and PHYLLIS L. MOZEE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CV 111-114 |
| FLAGSTAR BANK and MCCALLA RAYMER, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiffs' complaint is **DISMISSED** for failure to timely effect service, and this civil action is **CLOSED**.

SO ORDERED this 26th day of January, 2012, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA